BEFORE THE THIRD DIVISION, DECEMBER 23, 1938

**No. 40218.**—Protests 832271–G, etc., of A. W. Fenton Co. (Cleveland).

Opinion by CLINE, J. On the authority of *Fenton* v. *United States* (C. D. 40) the boxes in question were held dutiable at 33⅓ percent under paragraph 412 as claimed.